UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

    -v-

Abelardo Montero,

          Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/23/2021

21-cr-169 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Defendant in the above captioned case has been sentenced to a term of imprisonment of "Time Served", and therefore is to be released subject to any pending warrants, detainers, or other issues are encountered.

    SO ORDERED.

Dated: March 23, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge